UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERAVANCE BIOPHARMA R&D IP, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALITIES LTD., et al., <br><br> Defendants. | C.A. No. 1:23-cv-00926-KMW-AMD <br> (consolidated) |

**DECLARATION OF LOLY G. TOR IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

I, Loly G. Tor, of full age, hereby declare as follows:

1. I am a partner with the law firm of K&L Gates LLP, counsel for Defendants Cipla Limited and Cipla USA Inc. (collectively, "Cipla").

2. I submit this Declaration in support of Defendants' Opening Claim Construction Brief.

3. Attached hereto are true and correct copies of the following:

| Exhibit No. | Document | Document Short Name | Bates Nos. |
|---|---|---|---|
| A | U.S. Patent No. 8,541,451 | '451 Patent | PLTF-YUP-00000268–289 |
| B | Excerpts from Prosecution History of U.S. Patent No. 8,541,451 | Prosecution History of the '451 Patent | PLTF-YUP-00000533–554; PLTF-YUP-00000650–661; PLTF-YUP-00000665–678 |
| C | U.S. Patent No. 11,691,948 | '948 Patent | PLTF-YUP-00004085–4107 |

1

| Exhibit No. | Document | Document Short Name | Bates Nos. |
|---|---|---|---|
| D | Excerpts from Prosecution History of U.S. Patent No. 11,691,948 | Prosecution History of the '948 Patent | PLTF-YUP-000004320–4344; PLTF-YUP-000004492–4501 |
| E | U.S. Patent No. 11,858,898 | '898 Patent | PLTF-YUP-00487213–487237 |
| F | Excerpts from Prosecution History of U.S. Patent No. 11,858,898 | Prosecution History of the '898 Patent | PLTF-YUP-00487407–487414 |
| G | U.S. Patent No. 9,765,028 | '028 Patent | PLTF-YUP-00001531–1553 |
| H | Excerpts from Prosecution History of U.S. Patent No. 9,765,028 | Prosecution History of the '028 Patent | PLTF-YUP-00001846–1855 |
| I | U.S. Patent No. 11,008,289 | '289 Patent | PLTF-YUP-00002634–2657 |
| J | Excerpts from Prosecution History of U.S. Patent No. 11,008,289 | Prosecution History of the '289 Patent | PLTF-YUP-00002872–2880 |
| K | U.S. Patent No. 11,649,209 | '209 Patent | PLTF-YUP-00003730–3752 |
| L | Excerpts from Prosecution History of U.S. Patent No. 11,649,209 | Prosecution History of the '209 Patent | PLTF-YUP-00003849–3867; PLTF-YUP-00003916–3923; PLTF-YUP-00004046–4050; PLTF-YUP-00004052–4060 |
| M | U.S. Patent No. 10,550,081 | '081 Patent | PLTF-YUP-00002337–2359 |
| N | Excerpts from Prosecution History of U.S. Patent No. 10,550,081 | Prosecution History of the '081 Patent | PLTF-YUP-00002537–2548; PLTF-YUP-00002560–2570 |
| O | U.S. Patent No. 10,100,013 | '013 Patent | PLTF-YUP-00002016–2037 |
| P | Excerpts from Prosecution History of U.S. Patent No. 10,100,013 | Prosecution History of the '013 Patent | PLTF-YUP-00002213–2220 |
| Q | U.S. Patent No. 11,484,531 | '531 Patent | PLTF-YUP-00002937-2944 |
| R | Excerpts from Prosecution History of U.S. Patent No. 11,484,531 | Prosecution History of the '531 Patent | PLTF-YUP-00003071-3082; PLTF-YUP-00003083-3089; PLTF-YUP-00003097-3116; PLTF-YUP-00003117-3125; PLTF-YUP-00003468-3509; PLTF-YUP-00003558-3569; PLTF-YUP-00003630-3648; PLTF-YUP-00003700-3709 |

| Exhibit No. | Document | Document Short Name | Bates Nos. |
|---|---|---|---|
| S | U.S. Patent No. 12,048,692 | '692 Patent | PLTF-YUP-00519677-519686 |
| T | Excerpts from Prosecution History of U.S. Patent No. 12,048,692 | Prosecution History of the '692 Patent | PLTF-YUP-00519365-9393; PLTF-YUP-00519463-9482; |
| U | Excerpts from Remington's Pharmaceutical Sciences, Chapters 38-39 (2000) | Remington 2000 | DEFSREV0001873-1875, 1884-1885; DEFSREV0007909-7912, 7916-7918, 7926, 7940-7941 |
| V | U.S. Patent No. 9,415,041 | '041 Patent | DEFSREV0007610–7630 |
| W | U.S. Patent No. 9,226,896 | '896 Patent | DEFSREV0007589–7609 |
| X | Ralph J. Fessenden & Joan S. Fessenden, Techniques and Experiments for Organic Chemistry 36-49 (1983) | Fessenden 1983 | DEFSREV0008070–8088 |
| Y | Excerpts from B. D. Cullity & S. R. Stock, Elements of X-Ray Diffraction (3d ed. 2001) | Cullity 2001 | DEFSREV0007763-7766 |
| Z | Excerpts from Byrn et al., Solid State Chemistry of Drugs, 2nd ed. 1999 | Byrn 1999 | DEFSREV0000678–681, 698-739 |
| AA | Excerpts from Handbook of Pharmaceutical Analysis (Lena Ohannesian et al. eds., 2002) | Ohannesian 2002 | DEFSREV0008117-8118, 8162-8163 |
| AB | Excerpts from Allan S. Myerson and Rajiv Ginde, Crystals, Crystal Growth, and Nucleation, Handbook of Industrial Crystallization 33-65 (2d ed. 2002) | Myerson and Ginde 2002 | DEFSREV0000007876 |
| AC | Excerpts from Harry G. Brittain, Polymorphism in Pharmaceutical Solids, 1999 (Chapter 6) | Brittain 1999 | DEFSREV0000550, 595, 599-601, 607-610 |

| Exhibit No. | Document | Document Short Name | Bates Nos. |
|---|---|---|---|
| AD | Excerpts from J. Haleblian & W. McCrone, Pharmaceutical Applications of Polymorphism, J. Pharmaceutical Sciences 911 (1969) | Haleblian 1969 | DEFSREV0001515, 1521-1523 |
| AE | Excerpts from United States Pharmacopeia 31, Chapters 891, 941, 1151 (2008) | USP 2008 | DEFSREV0007966-67, 7972-76, 7983, 7985 |
| AF | *Takeda Pharm. Co., Ltd., et al. v. Handa Pharms., LLC*, No. 3:11-cv-00840-JC (N.D. Cal. 2011), Myerson Declaration in Support of Takeda's Opening Claim Construction Brief (excerpt) | | |
| AG | *Pharmacyclics LLC, et al, v. Alvogen Pine Brook LLC, et al.*, Case No. 1:19-cv-00434-CFC-CJB (D. Del 2019), Joint Claim Construction Brief (citing Myerson Declaration) (excerpt) | | |
| AH | Excerpt from Plaintiffs' Infringement Contentions for U.S. Patent No. 12,048,692 to Cipla Defendants (REDACTED) | | |
| AI | Excerpt from Plaintiffs' Infringement Contentions for U.S. Patent No. 12,048,692 to Mankind Defendants (REDACTED) | | |
| AJ | U.S. Patent Publication No. 2016/0166506 A1 | Gerhart | THERAV01301564–1596 |

I declare under penalty of perjury that the foregoing is true and correct.

4

Dated: February 28, 2025       By:  */s/ Loly G. Tor*
                                                                   Loly G. Tor