# EXHIBIT Y

# ELEMENTS OF
# X-RAY
# DIFFRACTION

### THIRD EDITION

*B. D. Cullity* and *S. R. Stock*

DEFSREV0007763

# Elements of
# X-Ray Diffraction

### THIRD EDITION

**B. D. Cullity**

*Late, Formerly of the Department of Metallurgical Engineering and Materials Science,*
*University of Notre Dame*

**S. R. Stock**

*Northwestern University*



Prentice Hall
Upper Saddle River, NJ 07458

DEFSREV0007764

Library of Congress Cataloging-in-Publication Data on File

Vice-President and Editorial Director, ECS: *Marcia J. Horton*
Acquisitions Editor: *Laura Curless*
Vice President and Director of Production and Manufacturing, ESM: *David W. Riccardi*
Executive Managing Editor: *Vince O'Brien*
Managing Editor: *David A. George*
Production Editor: *Scott Disanno*
Director of Central Services: *Paul Belfanti*
Creative Director: *Carole Anson*
Art Director: *Jayne Conte*
Cover Designer: *Bruce Kenselaar*
Art Editor: *Adam Velthaus*
Manufacturing Manager: *Trudy Pisciotti*
Manufacturing Buyer: *Pat Brown*
Marketing Manager: *Holly Stock*



©2001 Prentice Hall
Prentice-Hall, Inc.
Upper Saddle River, New Jersey 07458

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising out of, the furnishing, performance, or use of these programs.

ISBN # 0-201-61091-4

Printed in the United States of America

11 12 13 14 0BRV 17 16 15 14

Prentice-Hall International (UK) Limited, London
Prentice-Hall of Australia Pty. Limited, Sydney
Prentice-Hall Canada Inc., Toronto
Prentice-Hall Hispanoamericana, S.A., Mexico
Prentice-Hall of India Private Limited, New Delhi
Prentice-Hall of Japan, Inc., Tokyo
Prentice-Hall Asia Pte., Singapore
Editora Prentice-Hall do Brasil, Ltda., Rio de Janeiro

DEFSREV0007765

# Chapter 2

# Geometry of Crystals

## 2-1 INTRODUCTION

Turning from the properties of x-rays, consider next the geometry and structure of crystals in order to discover what there is about crystals in general that enables them to diffract x-rays. Particular crystals of various kinds and how the very large number of crystals found in nature are classified into a relatively small number of groups must also be considered. The final sections of the chapter focus on the ways in which the orientation of lines and planes in crystals can be represented in terms of symbols or in graphical form.

Crystallography is a very broad subject and its origins precede the discovery of x-rays by many years. Only the more basic aspects are covered here: how atoms are arranged in some common crystals and how this arrangement determines the way in which a particular crystal diffracts x-rays. Readers who need a deeper knowledge of crystallography should consult such books as those by McKie and McKie [G.3], Borchardt-Ott [G.4], Sands [G.5] or Hammond [G.6].

## 2-2 LATTICES

A crystal may be defined as *a solid composed of atoms, ions or molecules arranged in a pattern periodic in three dimensions*. As such, crystals differ in a fundamental way from gases and liquids because the atomic, ionic or molecular arrangements in the latter do not posses the essential requirement of periodicity. Many solids are crystalline; if they are not single-crystals they consist of many contiguous crystals, i.e., they are polycrystalline. Not all solids are crystalline, however; some are *amorphous*, like glass, and do not have any regular interior arrangement of atoms, ions or molecules. There is, in fact, no essential difference between an amorphous solid and a liquid, and the former is often termed an "undercooled liquid." It is important to emphasize that not only are the atom, ion or molecule positions repetitious but also that there are certain symmetry relationships in their arrangement.

In thinking about crystals it is often convenient to ignore the actual atoms, ions, or molecules and to focus on the geometry of periodic arrays. The crystal is then represented as a *lattice*, that is, a three-dimensional array of points (*lattice points*),

31

DEFSREV0007766