# EXHIBIT AG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., <br><br> Defendants. | C.A. No. 19-434 (CFC) <br><br> **REDACTED - PUBLIC VERSION** |

## JOINT CLAIM CONSTRUCTION BRIEF

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
jlyons@mnat.com
   *Attorneys for Plaintiffs*

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Brianne Bharkhda
Chanson Chang
Nicholas L. Evoy
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
   *Attorneys for Pharmacyclics LLC*

YOUNG CONAWAY STARGATT & TAYLOR LLP
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
   *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

OF COUNSEL:

Siegmund Y. Gutman
David M. Hanna
Michelle M. Ovanesian*
Christopher D. Lynch
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

| | |
|---|---|
| Irena Royzman | Kimberly Q. Li |
| Marcus A. Colucci | One International Place |
| Cristina Martinez | Boston, MA 02110-2600 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (617) 526-9600 |
| 1177 Avenue of the Americas | |
| New York, NY 10036 | |
| (212) 715-9100 | |

Hannah Lee
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700
   *Attorneys for Janssen Biotech, Inc.*

Original Filing Date: December 12, 2019
Redacted Filing Date: December 27, 2019

## 2. Plaintiffs' Technology Background

### a) Crystalline Forms and Salts

Crystalline solids or crystals are solid material in which the atoms or molecules are arranged in a repeating three-dimensional pattern. Myerson Decl. ¶ 27 (B0116). The structure of a crystalline solid (called the crystal lattice) is determined by the position of the molecules relative to each other in three dimensions, their packing arrangement, and their symmetry. *Id.* ¶¶ 28–31 (B0117–18). If a crystalline compound has solvent molecules in its structure, it is referred to as a solvate. Ex. 17, Harry G. Brittain, *Chapter 6: Methods for the Characterization of Polymorphs and Solvates*, in POLYMORPHISM IN PHARMACEUTICAL SOLIDS 227, 228 (1st ed. 1999) ("Brittain") (B0701). If the solvent is water, it is referred to as a hydrate. *See, e.g.*, '444 Patent, 60:13–14; '753 Patent, 29:38–39. Certain compounds can be crystallized into more than one distinct crystal structure. Different crystal forms of the same material are called "polymorphs." Myerson Decl. ¶ 32 (B0118).

Salts are electrically neutral compounds that consist of atoms or molecules held together via bonds that include some degree of ionic transfer between the acid and the base. The positive ion is known as the cation, and the negative ion is known as the anion. Salts of pharmaceutically active compounds are formed by reacting the parent or "free" form of the compound with either an acid or base, depending on the properties of the parent. *See* '444 Patent, 59:33–63; '857 Patent, 24:66–25:22.

5