# EXHIBIT AH

# APPENDIX L-1—U.S. PATENT NO. 12,048,692 INFRINGEMENT CONTENTIONS

| | | | |
|---|---|---|---|
| I. | RESERVATION OF RIGHTS AND OBJECTIONS | | 5 |
| II. | LEGAL STANDARDS | | 6 |
| | A. | Infringement generally | 6 |
| | B. | Infringement in the Hatch-Waxman context | 6 |
| | C. | Infringement under 35 U.S.C. § 271(b) | 7 |
| | | 1. Direct infringement | 7 |
| | | 2. Inducement | 8 |
| III. | INFRINGEMENT OF U.S. PATENT NO. 12,048,692 | | 11 |
| | A. | Technology background | 12 |
| | B. | The '692 patent | 12 |
| | C. | YUPELRI® and Cipla's Prescribing Information | 14 |
| | D. | Infringement overview | 17 |
| | E. | Direct infringement | 20 |
| | | 1. Element 1[a]: "A method for treating chronic obstructive pulmonary disease (COPD) in a patient with severe to very severe COPD, the method comprising:" | 22 |
| | | 2. Element 1[b]: "selecting a patient having a percent predicted force expiratory volume in one second less than about 50 percent; and" | 24 |
| | | 3. Element 1[c]: "administering a pharmaceutical composition comprising an aqueous solution of revefenacin or a pharmaceutically acceptable salt thereof to a selected patient using a nebulizer;" | 28 |
| | | 4. Element 1[d]: "wherein the patient has a low peak inspiratory flow rate." | 30 |
| | | 5. Element 2[a]: "The method of claim 1," | 35 |
| | | 6. Element 2[b]: "wherein the low peak inspiratory flow rate is less than about 50 L/min." | 35 |
| | | 7. Element 3[a]: "The method of claim 1," | 35 |
| | | 8. Element 3[b]: "wherein the patient has a percent predicted force expiratory volume in one second less than about 40 percent." | 36 |
| | | 9. Element 4[a]: "The method of claim 1," | 36 |
| | | 10. Element 4[b]: "wherein the patient has very severe COPD." | 36 |

|   |   |   |   |
|---|---|---|---|
| | 11. | Element 5[a]: "The method of claim 1,"...................................... | 36 |
| | 12. | Element 5[b]: "wherein the patient has a peak inspiratory flow rate in the range of about 20 L/min to less than about 60 L/min and a percent predicted forced expiratory volume in one second in the range of from about 20 percent to less than 50 percent." ............................................................. | 36 |
| | 13. | Element 6[a]: "The method of claim 1,"...................................... | 37 |
| | 14. | Element 6[b]: "wherein the pharmaceutical composition comprises about 175 µg/3 mL of revefenacin or a pharmaceutically acceptable salt thereof." .................................. | 38 |
| | 15. | Element 7[a]: "The method of claim 1,"...................................... | 38 |
| | 16. | Element 7[b]: "wherein the pharmaceutical composition has a pH in the range of about 4.5 to about 5.5."........................... | 38 |
| | 17. | Element 8[a]: "The method of claim 1,"...................................... | 39 |
| | 18. | Element 8[b]: "wherein the pharmaceutical composition has a pH of about 4.8 to about 5.2."............................................... | 39 |
| | 19. | Element 9[a]: "The method of claim 1,"...................................... | 40 |
| | 20. | Element 9[b]: "wherein the pharmaceutical composition is isotonic." ...................................................................................... | 40 |
| | 21. | Element 10[a]: "The method of claim 1,".................................... | 40 |
| | 22. | Element 10[b]: "wherein the pharmaceutical composition further comprises sodium chloride, citric acid and sodium citrate."...................................................................................... | 41 |
| | 23. | Element 11[a]: "The method of claim 1,".................................... | 41 |
| | 24. | Element 11[b]: "wherein the pharmaceutical composition is sterile, isotonic and has a pH of about 4.8 to about 5.2." ............. | 41 |
| | 25. | Element 12[a]: "The method of claim 1,".................................... | 42 |
| | 26. | Element 12[b]: "wherein the pharmaceutical composition is administered using a jet nebulizer."............................................ | 42 |
| | 27. | Element 13[a]: "The method of claim 1,".................................... | 43 |
| | 28. | Element 13[b]: "wherein the pharmaceutical composition is administered once daily."............................................................ | 43 |
| F. | | Inducement............................................................................................... | 43 |
| IV. | CONCLUSIONS............................................................................................... | | 48 |



### 4. Element 1[d]: "wherein the patient has a low peak inspiratory flow rate."

As discussed above, at least some HCPs will select COPD patients for treatment with Cipla's ANDA product based on the patient having an $FEV_1$ of less than about 50%, and, as discussed below, at least a subset of those patients will have a low peak inspiratory flow rate (PIFR). The phrase "low peak inspiratory flow rate" is defined in the specification as "a peak inspiratory flow rate less than about 60 L/min." ('692 patent at 4:22-23).