# EXHIBIT AI

# APPENDIX L-3—U.S. PATENT NO. 12,048,692 INFRINGEMENT CONTENTIONS

| | | | |
|---|---|---|---|
| I. | RESERVATION OF RIGHTS AND OBJECTIONS | | 5 |
| II. | LEGAL STANDARDS | | 6 |
| | A. | Infringement generally | 6 |
| | B. | Infringement in the Hatch-Waxman context | 6 |
| | C. | Infringement under 35 U.S.C. § 271(b) | 7 |
| | | 1. Direct infringement | 7 |
| | | 2. Inducement | 8 |
| III. | INFRINGEMENT OF U.S. PATENT NO. 12,048,692 | | 11 |
| | A. | Technology background | 12 |
| | B. | The '692 patent | 12 |
| | C. | YUPELRI® and Mankind's Prescribing Information | 14 |
| | D. | Infringement overview | 17 |
| | E. | Direct infringement | 19 |
| | | 1. Element 1[a]: "A method for treating chronic obstructive pulmonary disease (COPD) in a patient with severe to very severe COPD, the method comprising:" | 20 |
| | | 2. Element 1[b]: "selecting a patient having a percent predicted force expiratory volume in one second less than about 50 percent; and" | 23 |
| | | 3. Element 1[c]: "administering a pharmaceutical composition comprising an aqueous solution of revefenacin or a pharmaceutically acceptable salt thereof to a selected patient using a nebulizer;" | 26 |
| | | 4. Element 1[d]: "wherein the patient has a low peak inspiratory flow rate." | 28 |
| | | 5. Element 2[a]: "The method of claim 1," | 33 |
| | | 6. Element 2[b]: "wherein the low peak inspiratory flow rate is less than about 50 L/min." | 33 |
| | | 7. Element 3[a]: "The method of claim 1," | 33 |
| | | 8. Element 3[b]: "wherein the patient has a percent predicted force expiratory volume in one second less than about 40 percent." | 34 |
| | | 9. Element 4[a]: "The method of claim 1," | 34 |
| | | 10. Element 4[b]: "wherein the patient has very severe COPD." | 34 |



**4. Element 1[d]: "wherein the patient has a low peak inspiratory flow rate."**

As discussed above, at least some HCPs will select COPD patients for treatment with Mankind's ANDA product based on the patient having an $FEV_1$ of less than about 50%, and, as discussed below, at least a subset of those patients will have a low peak inspiratory flow rate (PIFR). The phrase "low peak inspiratory flow rate" is defined in the specification as "a peak inspiratory flow rate less than about 60 L/min." ('692 patent at 4:22-23).