# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERAVANCE BIOPHARMA R&D IP, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALITIES LTD., et al., <br><br> Defendants. | C.A. No. 1:23-cv-00926-KMW-AMD (Consolidated) <br><br> **NOTICE OF MOTION TO SEAL** |

**PLEASE TAKE NOTICE** that on June 2, 2025, or as soon thereafter as counsel may be heard, the undersigned, counsel for Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla") and Mankind Pharma Ltd. and Lifestar Pharma LLC (collectively, "Mankind") (together, "Defendants") in the above-captioned action shall move before the Honorable Ann Marie Donio, United States Magistrate Judge, at the United States District Court for the District Court of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey for an Order in the form annexed hereto, pursuant to Local Civil Rule 5.3, sealing in part Defendants' and Plaintiffs' Markman briefing and associated exhibits (D.I. Nos. 310, 310-1, 333, 333-2, 335, and 338/336-3) and sealing in their entirety certain associated exhibits to Defendants' and Plaintiffs' Markman briefing (D.I. 310-2, 310-3, 310-5, 333-1).

**PLEASE TAKE FURTHER NOTICE** that Cipla shall rely upon the Certification of Loly G. Tor in Support of Cipla's portion of the Motion to Seal Materials; Mankind shall rely upon the Certification of Jay. P. Lessler in Support of Mankind's portion of the Motion to Seal Materials.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma US, LLC, Theravance Biopharma Ireland Limited, Mylan Ireland

Limited, and Mylan Specialty L.P. (collectively, "Plaintiffs") take no position as to the confidentiality of the materials sought to be sealed but, for purposes of this motion only, do not oppose the relief sought.

Dated: May 6, 2024

                                           **K&L GATES LLP**

                                           By: *s/ Loly G. Tor*
                                           Loly G. Tor
                                           One Newark Center, 10th Fl.
                                           Newark, NJ 07102
                                           (T) 973.848.4000
                                           (F) 973.848.4001
                                           loly.tor@klgates.com

                                           OF COUNSEL:

                                           Anil H. Patel (anil.patel@klgates.com)
                                           (*pro hac vice*)
                                           **K&L GATES LLP**
                                           609 Main Street, Suite 4150
                                           Houston, TX 77002
                                           (T) 713.815.7300
                                           (F) 713.815.7301

                                           Devon C. Beane
                                           (devon.beane@klgates.com)
                                           (*pro hac vice*)
                                           Ewa A. Wojciechowska
                                           (*pro hac vice*)
                                           **K&L Gates LLP**
                                           70 West Madison Street, Suite 3300
                                           Chicago, IL 60622
                                           (T) 312.372.1121
                                           (F) 312.827.8000

                                           Peter Giunta (peter.giunta@klgates.com)
                                           **K&L GATES LLP**
                                           599 Lexington Avenue
                                           New York, NY 10022
                                           (T) 212.536.3900
                                           (F) 212.536.3901

Harold Storey (harold.storey@klgates.com)
(*pro hac vice*)
Jenna Bruce (jenna.bruce@klgates.com)
(*pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(T) 206.623.7580
(F) 206.623.7022

*Attorneys for Defendants and Counterclaim-Plaintiffs Cipla Limited and Cipla USA, Inc.*

By: /s/ *Jay P. Lessler*
Jay P. Lessler (NJ ID 37541997)
Joshua S. Reisberg (*pro hac vice*)
1271 Avenue of the Americas
**BLANK ROME LLP**
New York, NY 10020
Telephone: (212) 885-5176
Facsimile: (917) 332-3773
Jay.Lessler@BlankRome.com
Josh.Reisberg@BlankRome.com

Dipu A. Doshi (*pro hac vice*)
Sydney A. Salters (*pro hac vice*)
1825 Eye Street, NW
**BLANK ROME LLP**
Washington, DC 20006
Tel: (202) 420-2604
Fax: (202) 420-2201
Dipu.Doshi@BlankRome.com
Sydney.Salters@BlankRome.com

*Attorneys for Defendants Mankind Pharma Ltd. and Lifestar Pharma LLC*