## APPENDIX A: INDEX

| Redacted Materials | Basis for Sealing | Cleary Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| **D.I. 310 (Plaintiffs' Opening Markman Brief)** | | | | |
| **D.I. 310, p. 2–3** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma US, LLC, Theravance Biopharma Ireland Limited, Mylan Ireland Limited, and Mylan Specialty L.P. take no position as to the confidentiality of the material sought to be sealed but, for purposes of this motion only, do not oppose the oppose the relief sought. |
| **D.I. 310, p. 9** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 310, p. 12, n. 3** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 310, p. 13, n. 4** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |

| Redacted Materials | Basis for Sealing | Cleary Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| **D.I. 310, p. 16, n. 5** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 310, p. 21, n. 7** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 310, p. 22, n. 8** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. No. 310-1 (Myerson Declaration) p. 12** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. No. 310-2 (Ex. 2, Cipla Label) (in its entirety)** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. No. 310-3 (Ex. 10, Cipla Non-Infringement Contentions) (in its entirety)** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. No. 310-5 (Ex. 12, Mankind Non-Infringement Contentions) (in its entirety)** | Lessler Cert. ¶¶ 5, 6 | Lessler Cert. ¶ 7 | Lessler Cert. ¶ 7 | *See* above. |
| **D.I. 333 (Plaintiffs' Rebuttal Markman Brief)** | | | | |
| **D.I. 333, p. 1** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma US, LLC, Theravance Biopharma Ireland Limited, Mylan Ireland Limited, and |

| Redacted Materials | Basis for Sealing | Cleary Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| | | | | Mylan Specialty L.P. take no position as to the confidentiality of the material sought to be sealed but, for purposes of this motion only, do not oppose the oppose the relief sought. |
| **D.I. 333, p. 7** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 333-1 (Ex. 20, PX-24.8) (in its entirety)** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 333-2 (Myerson Declaration) pp. 3, 49** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 335 (Defendants' Rebuttal Markman Brief)** | | | | |
| **D.I. 335, p. 3** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma US, LLC, Theravance Biopharma Ireland Limited, Mylan Ireland Limited, and Mylan Specialty |

3

| Redacted Materials | Basis for Sealing | Cleary Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| | | | | L.P. take no position as to the confidentiality of the material sought to be sealed but, for purposes of this motion only, do not oppose the oppose the relief sought. |
| **D.I. 335, p. 4, n. 5** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 335, p. 19** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | *See* above. |
| **D.I. 338 (also appearing as 336-3) (Ex. C, Myerson Transcript)** | | | | |
| **D.I. 338**<br>**p. 41**<br>**pp. 43–49**<br>**p. 103**<br>**p. 112**<br>**pp. 177–182** | Tor Cert. ¶¶ 6, 8 | Tor Cert. ¶ 7 | Tor Cert. ¶ 9 | Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma US, LLC, Theravance Biopharma Ireland Limited, Mylan Ireland Limited, and Mylan Specialty L.P. take no position as to the confidentiality of |

| Redacted Materials | Basis for Sealing | Cleary Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| | | | | the material sought to be sealed but, for purposes of this motion only, do not oppose the oppose the relief sought. |