

Arnold B. Calmann
(973) 645-4828
abc@saiber.com

April 28, 2025

**BY CM/ECF**
The Honorable Karen M. Williams
United States District Judge
  For the District of New Jersey (Camden)
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   Re: *Theravance Biopharma R&D IP, LLC et al. v.*
     *Eugia Pharma Specialities Ltd. et al.*
     <u>Civil Action No. 1:23-00926-KMW-AMD (Consolidated)</u>

Dear Judge Williams:

  We represent Plaintiffs in the above matter along with our co-counsel for the Theravance Plaintiffs, Womble Bond Dickinson (US) LLP, and co-counsel for the Mylan Plaintiffs, Rakoczy Molino Mazzochi Siwik LLP.

  We write to respectfully request leave, pursuant to L. Civ. R. 7.1(d)(6), to file a five and one-half page sur-reply brief in response to Eugia's Reply Brief (Dkt. No. 327) in Support of its Partial Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 303). Plaintiffs' proposed sur-reply, submitted concurrently herewith as Exhibit A, addresses (1) new arguments in Eugia's Reply Brief that Eugia did not raise in its Opening Brief; and (2) several legal and factual misstatements that Eugia makes in its Reply Brief. *See, e.g., Indagro S.A. v. Nilva*, No. 07-cv-3742 (SDW), 2015 U.S. Dist. LEXIS 787, at *7 (D.N.J. Jan. 6, 2015) (considering "new arguments and misstatements in [d]efendant's reply").

  Accordingly, Plaintiffs are compelled to seek the Court's indulgence in granting Plaintiffs' application. If Plaintiffs' request meets with the Court's approval, we respectfully request that the Court execute the provision below and have this letter entered on the docket by the Clerk of the Court.

  We thank the Court for its consideration and understanding in this matter.

April 28, 2025
Page 2

Respectfully submitted,

Arnold B. Calmann

cc:   Counsel of Record (by CM/ECF)

**IT IS** on this 7th day of May, 2025,

**ORDERED** that Plaintiffs' request for leave to file their Sur-Reply to Eugia's Reply Brief in Support of its Partial Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby GRANTED; and it is further

**ORDERED** that Plaintiffs' Sur-Reply (ECF No. 349) shall be considered filed as of April 28, 2025.

**HONORABLE KAREN M. WILLIAMS, U.S.D.J.**